UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 28 AM 11:33

**SCANNED**

Jacoub Solomon aka MeDiAAiDeM

Write the full name of each plaintiff or petitioner.

Case No. **19 CV 815**

-against-

Spotify, USA Inc

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that <u>Jacoub Solomon</u> <u>aka MeDiAAiDeM</u>
plaintiff or defendant — name of party who is making the motion

requests that the Court:
To fulfill and ask the Copyright Royalty Board to perform an audit of actual stream data of all MeDiAAiDeM's songs on Spotify.com, from 8/28/2018 to present. To collect and deposit when eligible, all accrued Royalties from Spotify.com, that are withheld from MeDiAAiDeM, and distribute rightfully to MeDiAAiDeM via BMI and LandR. To enforce CRDRAct of 2004, and CFR Title 37. To eliminate unfair methods of competition and unfair or deceptive acts or practices within Spotify against MeDiAAiDeM, Title 15 U.S.C.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☒ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☒ the following additional documents:
Emails, stats and reports. Song titles with ISRC numbers.

1/28/2019
Dated

Jacoub Solomon aka MeDiAAiDeM
Name

2550 olinville ave, APT #15D
Address

917-520-4702
Telephone Number (if available)

Signature

n/a
Prison Identification # (if incarcerated)

Bronx | NY | 10467
City | State | Zip Code

jacoubsolomon@yahoo.com
E-mail Address (if available)