**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
JACOUB SOLOMON also known as            :
MeDiAAiDeM,                             :
                                        :     19-CV-0815 (VEC) (OTW)
                    Plaintiff,          :
                                        :     ORDER
            -against-                   :
                                        :
SPOTIFY USA, INC.,                      :
                                        :
                    Defendant           :
                                        :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff called chambers and requested that ECF 15 be mailed to him.

The Clerk of Court is respectfully directed to mail a copy of this Order and ECF 15 to the *pro se* Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: January 27, 2021 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |